IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROCKET MORTGAGE, LLC, | § | |
| | § | |
| Garnishor, | § | |
| | § | |
| v. | § | |
| | § | |
| PNC BANK, N.A., BBVA USA, AND | § | |
| TEXAS DOW EMPLOYEE CREDIT UNION, | § | |
| | § | |
| Garnishees. | § | Civil Action No. 4:23-MC-2301 |

### WRIT OF GARNISHMENT

**STATE OF TEXAS**

To:  Texas Dow Employee Credit Union
By serving its registered agent:
Business Filings Incorporated
701 Brazos Street, Suite 720
Austin, Texas 78701

On October 16, 2023, the United States District Court for the Eastern District of Michigan, Southern Division, issued a judgment in favor of Garnishor Rocket Mortgage, LLC ("Rocket Mortgage") and against Judgment Debtor J. Patterson Mortgage, LLC in Cause No. 2:23-CV-10574, styled *Rocket Mortgage, LLC v. J. Patterson Mortgage Lending LLC, et al.*

On February 22, 2024, the United States District Court for the Eastern District of Michigan, Southern Division, amended the Judgment to award Rocket Mortgage additional taxable costs in the amount of $198.00 (in addition to $402.00 in taxable costs previously awarded by the Clerk) and attorneys' fees in the amount of $13,443.00.

J. Patterson Mortgage's portion of the Judgment, as amended, consists of the principal sum of $1,058,688.28, plus post-judgment interest in the amount of $25,373.71, taxable costs in the amount of $600.00, and attorneys' fees in the amount of $13,443.00.

As of March 27, 2024, the current outstanding total for Judgment Debtor J. Patterson Mortgage's portion of the Judgment—which remains wholly unsatisfied and unpaid—is $1,098,104.99.

Rocket Mortgage has properly sought this Writ of Garnishment against you, Texas Dow Employee Credit Union. Accordingly, within 21 days after you are served with this Writ, you are **ORDERED** to file an answer with this Court and serve a copy of said answer on Rocket Mortgage. In your answer, you must state under oath:

1. What, if anything, you are indebted to Judgment Debtor J. Patterson Mortgage, LLC, and were when this Writ was served upon you;

2. What effects, if any, of Judgment Debtor J. Patterson Mortgage, LLC you have in your possession and had when this Writ was served upon you; and,

3. What other persons, if any, within your knowledge, are indebted to Judgment Debtor J. Patterson Mortgage, LLC or have effects belonging to Judgment Debtor J. Patterson Mortgage, LLC in their possession.

**YOU ARE FURTHER ORERED** not to pay Judgment Debtor J. Patterson Mortgage, LLC any debt or deliver to it any effects, pending further order of this Court, without first retaining property in an amount sufficient to satisfy and equal the maximum value of property or indebtedness that may be garnished, which amounts to $1,098,104.99.

Your answer should be filed with this Court and served upon Rocket Mortgage's counsel of record in miscellaneous civil action 4:23-MC-2301.

**Notice to Defendants/Judgment Debtors J. Patterson Mortgage, LLC and James C. Patterson, Sr.:**

You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

> "YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THE WRIT."